

600 North King Street, Suite 300
Wilmington, DE 19801-3776
302.353.4144

**Daniel A. Griffith**
Partner
302.357.3254
DGriffith@whitefordlaw.com

February 20, 2026

The Honorable Gregory B. Williams
United States District Court
for the District of Delaware
844 N. King Street, Unit 26
Wilmington, DE 19801

      Re:    **Keith Peterson v. Republic Services, Inc.**
              C.A. No.: 1:25-cv-01344 GBW

Dear Judge Williams:

      We write to request an extension of time for the parties to the above-referenced case to submit a proposed schedule. Defendant Republic Services, Inc. has advised Plaintiff that it is not the proper defendant in this action. Republic Services, Inc. is a holding company that played no role in any alleged event. Defense counsel have provided Plaintiff with evidence identifying the proper defendant, which is a company that has no connections with this jurisdiction. Plaintiff is reviewing the information, and the parties believe that it is likely that Plaintiff will be substituting this different defendant for Republic Services, Inc. and moving to transfer the case to where that entity is located. Continuing this deadline will, therefore, serve the interests of judicial economy. Plaintiff has no objection to this request.

      Thank you for your consideration.

                                Respectfully submitted,

                                */s/ Daniel A. Griffith*

                                Daniel A. Griffith (#4209)

DG:ab
cc: Dean R. Roland, Esquire

**Whiteford, Taylor & Preston LLP | whitefordlaw.com | DC · DE · FL · KY · MD · NC · NY · VA**

*Whiteford, Taylor & Preston LLP is a limited liability partnership. Our Delaware offices are operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston LLC