IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEITH PETERSON, individually and on behalf of a class of all persons and entities similarly situated, | : : : : |
| Plaintiff, | : : |
| v. | : C.A. No.: 1:25-cv-01344-GBW : |
| REPUBLIC SERVICES, INC., | : : |
| Defendant. | : |

**JOINT MOTION TO TRANSFER VENUE
TO THE EASTERN DISTRICT OF KENTUCKY, FRANKFORT DIVISION**

COMES NOW Plaintiff Keith Peterson ("Plaintiff") and Defendant Republic Services, Inc. ("Defendant"), jointly and by and through their undersigned counsel, and respectfully moves this Court to transfer venue of this case, pursuant to 28 U.S.C. § 1404(a), from this Court to the U.S. District Court for the Eastern District of Kentucky, Frankfort Division.  In support of this motion, the parties state as follows:

1. On or about November 4, 2025, Plaintiff filed his Class Action Complaint against Defendant, alleging violations of the Telephone Consumer Protection Act ("TCPA"). *See* ECF 1.

2. Plaintiff's claims are based on artificial or prerecorded voice telephone calls allegedly placed by Defendant to Plaintiff. *See id.*, ¶¶ 16-26. Plaintiff resides in Shelbyville, Kentucky, which is in the Eastern District of Kentucky, Frankfort Division.  Plaintiff alleges he received these calls on his cellular telephone number beginning with the area code (502).  Area code (502) is assigned to numbers in Kentucky.  *See* https://secure.nanpa.com/public-report/npa/search-area-codes/section/query (last visited Mar. 3, 3026).

3. Plaintiff alleges that he received the call from a telephone number beginning with the area code (859). Area code (859) is also assigned to numbers within Kentucky. *See id.*

4. The only connection to this District that the Complaint alleges is Defendant's status as a Delaware corporation. There are no other connections with Delaware pleaded in the Complaint.

5. Defendant has recently provided to Plaintiff evidence showing that Republic Services of Kentucky LLC and not Defendant is the proper defendant for these claims. Republic Services of Kentucky LLC is a Kentucky LLC with its principal place of business in Arizona. It has no ties to Delaware.

6. As such, Plaintiff and Defendant agree that the case should be transferred to the Eastern District of Kentucky, Frankfort Division, pursuant to 28 U.S.C. § 1404(a). Plaintiff could have originally filed this case in the Eastern District of Kentucky, Frankfort Division based on the Plaintiff's alleged receipt of the calls at issue in that District and residence in that District, even against the current Defendant, under 28 U.S.C. § 1391(b), (d).

7. The anticipated substitution of Republic Services of Kentucky, LLC makes transfer all the more appropriate, given that Republic Services of Kentucky, LLC is a Kentucky LLC and has no ties with this District.[1]

For the Court's convenience, a proposed Order granting the relief requested is submitted herewith.

Respectfully submitted this 3rd day of March, 2026.

---

[1] If the Court prefers that the correct defendant be substituted here prior to transfer, the parties are willing to agree to the same, with the understanding that Republic Services of Kentucky LLC does not consent to the exercise of personal jurisdiction or venue in this District and would only be specially appearing for the purpose of agreeing to transfer.

/s/ Dean R. Roland
COOCH AND TAYLOR, P.A.
Dean R. Roland (No. 6459)
1000 North West Street, Suite 1500
P.O. Box 1680
Wilmington, DE 19899-1680
(302) 984-3851
droland@coochtaylor.com

Raina C. Borelli*
Carly M. Roman*
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
(872) 263-1100
(872) 263-1109
raina@straussborrelli.com
croman@straussborrelli.com

Anthony I. Paronich*
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff*
*Pro Hac Vice Forthcoming*

/s/ Daniel A. Griffith
WHITEFORD, TAYLOR & PRESTON LLP
Daniel A. Griffith
Courthouse Square, Suite 300
600 North King Street
Wilmington, DE 19801
Telephone: (302) 357-3254
DGriffith@whitefordlaw.com

BRYAN CAVE LEIGHTON PAISNER LLP
Darci F. Madden (*pro hac vice to be submitted*)
Martha L. Kohlstrand (*pro hac vice to be submitted*)
One Metropolitan Square

3

211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: 314-259-2366
Darci.Madden@bclplaw.com
Martha.Kohlstrand@bclplaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing JOINT MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF KENTUCKY, FRANKFORT DIVISION was electronically filed with the Court via the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

This 3rd day of March, 2026.

/s/ *Daniel A. Griffith*
WHITEFORD, TAYLOR & PRESTON LLP
Daniel A. Griffith
Courthouse Square, Suite 300
600 North King Street
Wilmington, DE 19801
Telephone: (302) 357-3254
DGriffith@whitefordlaw.com

BRYAN CAVE LEIGHTON PAISNER LLP
Darci F. Madden (*pro hac vice to be submitted*)
Martha L. Kohlstrand (*pro hac vice to be submitted*)
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: 314-259-2366
Darci.Madden@bclplaw.com
Martha.Kohlstrand@bclplaw.com

*Counsel for Defendant*