IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KEITH PETERSON, individually and
on behalf of a class of all persons and
entities similarly situated,

     Plaintiff,

   v.

REPUBLIC SERVICES, INC.,

     Defendant.

:
:
:
:
:
:
:
:
:
:
:
:

C.A. No.: 1:25-cv-01344-GBW

**[PROPOSED] ORDER TRANSFERRING THIS ACTION
TO THE EASTERN DISTRICT OF KENTUCKY, FRANKFORT DIVISION**

Upon consideration of the Parties' Joint Motion to Transfer Venue to the Eastern District

of Kentucky, Frankfort Division, it is this _____ day of _____, 2026, it is

hereby ordered:

1.  That the Parties' Joint Motion is GRANTED:

2.  That this action is transferred to the United States District Court for the Eastern

District of Kentucky, Frankfort Division pursuant to 28 U.S.C. §1404(a); and

3.  That the Clerk is directed to transfer this action to the United States District Court

for the Eastern District of Kentucky, Frankfort Division.

            _____
            The Honorable Gregory B. Williams
            United States District Judge