IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEITH PETERSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>REPUBLIC SERVICES, INC.,<br><br>          Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:   C.A. No.: 1:25-cv-01344-GBW<br>:<br>:<br>:<br>: |

**[PROPOSED] ORDER TRANSFERRING THIS ACTION
TO THE EASTERN DISTRICT OF KENTUCKY, FRANKFORT DIVISION**

Upon consideration of the Parties' Joint Motion to Transfer Venue to the Eastern District of Kentucky, Frankfort Division, it is this 4th day of March, 2026, it is hereby ordered:

1. That the Parties' Joint Motion is GRANTED:

2. That this action is transferred to the United States District Court for the Eastern District of Kentucky, Frankfort Division pursuant to 28 U.S.C. §1404(a); and

3. That the Clerk is directed to transfer this action to the United States District Court for the Eastern District of Kentucky, Frankfort Division.

_____
The Honorable Gregory B. Williams
United States District Judge